UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x   Civil Action No.: CV-05-1347 (CBA)(SMG)
UNITED STATES OF AMERICA,           §
                                    §
            Plaintiff,              §
                                    §
   - against -                      §
                                    §
VICTORIA RAMA,                      §
                                    §
            Defendant.              §
-----------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★   SEP 19 2005   ★

P.M. _____
TIME A.M. _____

<u>DEFAULT JUDGMENT</u>

Because Victoria Rama failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Victoria Rama:

**Claim No. C99-21556W**

| | |
|---|---|
| Principal Balance: | $1,516.92 |
| Total Interest Accrued at 9.000%: | $3,066.03 |
| Filing and Service of Process: | $280.00 |
| Subtotal: | $4,862.95 |
| Attorney's Fees: | $ 972.00 |
| Total Owed: | $ 5834.95 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
Sept. 14, 2005

S/HON. CAROL B. AMON
_____
Carol Bagley Amon
United States District Judge